UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SELENA C. WITCHER,

                             Plaintiff,                        21-CV-07750 (PGG)(SN)

            -against-                               **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                             Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 4, 2021, Judge Paul Gardephe directed the Clerk of Court to issue summonses as to Defendants New York City Department of Education, Dr. Collin Wolfe, Dr. Loreno Moreno, and Victoria Walters, fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for each defendant, and deliver to the U.S. Marshals Service all the paperwork necessary to effect service, including the complaint. On October 5, 2021, the Clerk of Court issued summonses and hand-delivered a service package to the U.S. Marshals Service. On October 13, 2021, however, Plaintiff filed an amended complaint with the Court. As the original complaint has not yet been served, the Clerk of Court is directed to forward to the U.S. Marshals Service the amended complaint for service on Defendants. The U.S. Marshals Service should serve the amended complaint in lieu of the original complaint.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:       October 18, 2021
                New York, New York