```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SELENA C. WITCHER,

                              Plaintiff,            21-CV-07750 (PGG)(SN)

            -against-                               ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2022

**SARAH NETBURN, United States Magistrate Judge:**

As discussed at the conference on January 20, 2022, no later than January 27, 2022, Counsel for Defendant New York City Department of Education shall file a letter informing the Court about the status of service of the remaining Defendants.

The briefing schedule for Defendants' anticipated motions to dismiss is set as follows: Defendants New York City Department of Education and Victoria Walters shall file their motions to dismiss and supporting papers no later than February 10, 2022.

Plaintiff is to review those motions and determine whether seeking leave to file a third amended complaint would cure the defects identified in the motions to dismiss. No later than February 24, 2022, Plaintiff shall file a letter informing the Court whether she intends to file a third amended complaint or whether she intends to oppose the motions to dismiss.

If the Court grants Plaintiff leave to amend her complaint, no later than March 3, 2022, Plaintiff shall file her third amended complaint. Otherwise, no later than March 3, 2022, Plaintiff shall file a single opposition responding to both motions to dismiss.

If Plaintiff files an opposition, Defendants' replies, if any, are due no later than March 16, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 21, 2022
         New York, New York

2