UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SELENA C. WITCHER,

                              Plaintiff,                        21-CV-07750 (PGG)(SN)

            -against-                             **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has received Defendants' letters stating their intent to file new motions to dismiss in response to Plaintiff's third amended complaint. ECF Nos. 45, 46. Defendants' motions to dismiss are due by April 28, 2022. Plaintiff shall file a single opposition responding to both motions to dismiss by May 27, 2022. Defendants' replies, if any, are due by June 10, 2022. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 30 and 34.

**SO ORDERED.**

                                                                   _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      March 30, 2022
                  New York, New York