UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SELENA C. WITCHER,

                      **Plaintiff,**            21-CV-07750 (PGG)(SN)

    -against-                                        <u>**ORDER**</u>

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                      **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed her opposition to Defendants' motions to dismiss on July 25, 2022, and the opposition was docketed on July 26, 2022. Accordingly, Defendants' replies, if any, are due no later than August 9, 2022.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      July 28, 2022
                New York, New York