**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SELENA WITCHER,

                Plaintiff,                              21 **CIVIL** 7750 (PGG)(SN)

       -against-                                **<u>JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF
EDUCATION, COLLIN WOLFE, LORENA
MORENO, and VICTORIA WALTERS,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 23, 2023, the R&R's recommendation is adopted. Defendant Walter's motion to dismiss is granted. The DOE Defendants' motion to dismiss is granted as to Plaintiff's ADA discrimination and retaliation claims. This Court declines to exercise supplemental jurisdiction over Plaintiff's state and city law claims. Leave to amend the Third Amended Complaint is denied; accordingly, the case is closed.

**Dated:**  New York, New York
           March 23, 2023

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                       **BY:**    *K. Mango*

                                                                       **Deputy Clerk**