UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2024
```

SELENA C. WITCHER,

                      Plaintiff,          21-CV-07750 (PGG)(SN)

   -against-                                                                  **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     As discussed during the August 13, 2024 conference, Defendants shall file an answer or otherwise respond to the complaint by Friday, September 27, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 13, 2024
                  New York, New York