USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/13/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------X**

**SELENA C. WITCHER,**

**Plaintiff,**

**-against-**

**NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,**

**Defendants.**

**------------------------------------------------------------X**

**21-CV-07750 (PGG)(SN)**

**ORDER REQUESTING PRO BONO COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of assisting with settlement negotiations. Plaintiff is reminded that she does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a *pro bono* lawyer agrees to represent Plaintiff, she must proceed on her own behalf.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 13, 2024
New York, New York