UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SELENA C. WITCHER,

                             **Plaintiff,**                    21-CV-07750 (PGG)(SN)

    -against-                                      **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                             **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On August 13, 2024, the Court ordered the Defendants to respond to the Plaintiff's Third Amended Complaint no later than September 27, 2024. Only Defendant Victoria Walters complied with this order by filing a motion to dismiss. Accordingly, Defendants New York City Department of Education, Dr. Collin Wolfe, and Dr. Loreno Moreno are in default (the "Defaulting Defendants").

       The Defaulting Defendants are ORDERED to respond to the Plaintiffs' Third Amended Complaint by October 4, 2024, or explain why they are unable to do so. The deadline for Plaintiff to respond to Walters's motion is stayed pending further order of the Court.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     September 30, 2024
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2024