USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SELENA C. WITCHER,

                              Plaintiff,                        21-CV-07750 (PGG)(SN)

                -against-                                 **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                             Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties' efforts to settle this claim appear exhausted at this time. The parties are reminded that the close of discovery is March 3, 2025, and that efforts should be taken now to exchange discovery and schedule any depositions. Plaintiff is encouraged to seek assistance from the free Federal *Pro Se* Legal Assistance Project and may do so by calling (212) 382-4794 or emailing fedprosdny@nycbar.org. The parties should, however, continue their settlement negotiations and contact my chambers if further engagement is requested.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    December 12, 2024
                New York, New York