UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SELENA C. WITCHER,                                                 :
:
                       Plaintiff,                        :
:    21-CV-07750 (JAV) (SN)
    -v-                                                           :
:    <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
COLLIN WOLFE, and LORENO MORENO,                   :
:
                     Defendants.                  X
-----------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated **December 13, 2024**, ECF No. 106, the parties were required to file a joint letter, the contents of which are described therein, by **January 3, 2025**. To date, the parties have not filed the joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 17, 2025**.

      SO ORDERED.

Dated: January 13, 2025
      New York, New York                            _____
                                                         JEANNETTE A. VARGAS
                                                         United States District Judge