UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SELENA C. WITCHER,

                                    Plaintiff,                    21-CV-07750 (JAV)(SN)

            -against-                                             <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                    Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2025

**SARAH NETBURN, United States Magistrate Judge:**

The parties have been unable to schedule Plaintiff's deposition due to scheduling constraints and disagreements about the length and format of the deposition. <u>See</u> ECF Nos. 134, 140. Plaintiff has childcare obligations and healthcare concerns that restrict some of her availability, so she requests that Defendants limit the deposition to four hours and take her deposition virtually over the course of two days.

Under Federal Rule of Civil Procedure 30(d)(1), depositions may be as long as one day of seven hours. Defendants are entitled to a full seven-hour deposition. Though Defendants may choose not to use all seven hours, the Court will not limit that right. The parties are directed to meet and confer on the location of the deposition. While there is a preference for taking Plaintiff's deposition in person, Defendants should consider a remote deposition to accommodate Plaintiff's schedule. If necessary, the parties may agree to take the deposition over two consecutive days.

The parties are ORDERED to file a status letter informing the Court of their negotiated resolution of this dispute by July 7, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 2, 2025
           New York, New York