```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SELENA C. WITCHER,

                           **Plaintiff,**                         21-CV-07750 (JAV)(SN)

       -against-                                              **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       After the telephonic conference held on July 11, 2025, the Court ORDERS that Plaintiff's deposition shall proceed in-person. The deposition shall take place over the course of two days, on July 15, 2025, from 10:00 a.m. to 2:00 p.m., and July 17, 2025, from 10:00 a.m. to 2:00 p.m. Plaintiff is ORDERED to appear at 100 Church Street, New York, NY 10007 at those times.

       Under Federal Rule of Civil Procedure 30(d)(1), depositions may be as long as one day of seven hours. Defendants are entitled to a full seven-hour deposition. Though Defendants may choose not to use all seven hours, the Court will not limit that right. Breaks in questioning will not count towards Defendants' seven hours.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     July 11, 2025
               New York, New York