UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SELENA C. WITCHER,

                            **Plaintiff,**                          21-CV-07750 (JAV)(SN)

          -against-                                          **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                            **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court scheduled a telephone conference for July 18, 2025. Shortly before the conference, the Court was informed that Plaintiff was experiencing a medical emergency and would not be able to attend. The Court was unable to adjourn the conference in time and proceeded with the conference, but the Court did not address any of the issues raised in Plaintiff's letters. Because Plaintiff's *pro bono* counsel for the limited purpose of settlement appeared, the Court addressed the request to adjourn the July 25, 2025 settlement conference.

        Defendants reported on discovery matters in furtherance of settlement. Defendants reported that they have located a list of video recordings of Plaintiff's Google Meets class sessions from March 1, 2021, to April 6, 2021. Defendants have requested permission from the principal of Plaintiff's former school to access and produce these files to Plaintiff. Defendants also explained that they have requested tax returns and employment records for Plaintiff's work performed after leaving employment with Defendants. The Court did not rule on any such requests.

Defendants shall file a status letter by July 25, 2025, updating the Court and the parties on whether they have produced Plaintiff's Google Meets recordings of her class sessions and any other outstanding issues. Plaintiff may file a responsive letter, identifying any other discovery disputes, by August 1, 2025. Given Plaintiff's ongoing medical issues, if she needs more time to file a responsive letter, she may request it.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 18, 2025
         New York, New York