**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SELENA C. WITCHER,

                                        Plaintiff,                    **21-CV-07750 (JAV)(SN)**

                    -against-                                          **ORDER**

**NEW YORK CITY DEPARTMENT OF**
**EDUCATION, et al.,**

                                        Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The remote settlement conference scheduled for July 25, 2025, is ADJOURNED to

August 28, 2025, at 10:00 a.m. The Court will provide dial-in information in advance of the

conference. The parties are directed to submit their *Ex Parte* Settlement Letters and Attendance

Acknowledgment Forms by August 21, 2025.

      The Clerk of Court is respectfully requested to terminate the motion at ECF No. 162.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     July 18, 2025
           New York, New York