```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SELENA C. WITCHER,

                               **Plaintiff,**

       -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                               **Defendants.**

-----------------------------------------------------------------X

21-CV-07750 (JAV)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared at a conference on August 12, 2025, to discuss ongoing discovery disputes. The Court discussed Defendants' objections to producing videos of Plaintiff's Google Meets classroom instruction, Plaintiff's subpoenas at ECF Nos. 168-170, and Defendants request for Plaintiff's W-2s, income statements, and tax returns. See ECF Nos. 168-171, 173.

      Defendants are ORDERED to issue notice under the Family Education Rights and Privacy Act ("FERPA") and produce the videos of Plaintiff's Google Meets classroom instruction. See 20 U.S.C. § 1232g(b)(2)(B). By August 15, 2025, Defendants shall file a status letter informing the Court of whether they need an additional Order further authorizing the release of this information to comply with their obligations under FERPA. Defendants shall include proposed language for any such further Order. Defendants are further ORDERED to produce the payroll records, emails, and other documents referenced in the subpoenas filed by Plaintiff at ECF Nos. 168-170.

      Plaintiff is ORDERED to produce copies of her W-2s for the years 2023 and 2024 for any employers with whom she worked in those years. Plaintiff shall produce these documents no

later than August 22, 2025. Plaintiff has also agreed to re-scan her 2022 tax return and submit a clearer copy to Defendants.

By August 22, 2025, Defendants shall file a status letter updating the Court on whether Plaintiff has produced her 2023 and 2024 W-2s and a re-scanned copy of her 2022 tax return and whether Defendants have produced the records requested by Plaintiff's subpoenas.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 12, 2025
         New York, New York