UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SELENA C. WITCHER,

                        **Plaintiff,**          21-CV-07750 (JAV)(SN)

      -against-                                       **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                        **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants' August 15, 2025 status letter does not offer any authority, and the Court is aware of none, that requires the relevant parents or guardians to be given an opportunity to object to the Court's August 12, 2025 Order. There is also no basis in further delaying the production of the Google Meets classroom instruction videos to Plaintiff by waiting to provide notice to the parents or guardians until after the issuance of a Protective Order. Accordingly, the New York City Department of Education shall issue its notice to the relevant parents or guardians within seven days of this Order. The parties shall file a proposed Protective Order by no later than August 29, 2025.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     August 18, 2025
                 New York, New York