```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SELENA C. WITCHER,

                            **Plaintiff,**                      21-CV-07750 (JAV)(SN)

            -against-                                      **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                            **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties appeared at a settlement conference on August 28, 2025, and were unable to reach a settlement. Accordingly, the parties may now proceed with summary judgment briefing before the Honorable Jeannette A. Vargas. If either party elects to file a motion for summary judgment, the motion shall be filed by Friday, October 3, 2025. Any opposition brief shall be filed 30 days after service of a motion for summary judgment. Any reply shall be filed 14 days after service of any opposition to a motion for summary judgment. The parties must comply with Judge Vargas's Individual Rules and Practices in Civil *Pro Se* Cases for filing a motion for summary judgment. Defendants are reminded of their obligations under Local Civil Rule 56.2. Plaintiff is encouraged to seek assistance from the free Federal *Pro Se* Legal Assistance Project run by the City Bar Justice Center, which can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).

**SO ORDERED.**

                                                              SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      September 3, 2025
                  New York, New York