UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SELENA C. WITCHER,

                     Plaintiff,               21-CV-07750 (JAV)(SN)

     -against-                                       **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                     Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 15, 2025, *pro se* Plaintiff filed a letter indicating that Defendants still have not produced the Google Meets classroom instruction videos. ECF No. 187. Defendants represented that FERPA notices were sent by mail on August 22, 2025, to the parents and guardians of all students in the Google Meets videos in question. ECF No. 182. A Protective Order was subsequently entered on August 27, 2025. ECF No. 185. There is no basis in further delaying the production of the Google Meets classroom instruction videos to Plaintiff. Accordingly, Defendants shall produce the Google Meets videos in question by no later than Monday, September 22, 2025.

SO ORDERED.

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     September 17, 2025
                 New York, New York