```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SELENA C. WITCHER,

                                        Plaintiff,                    21-CV-07750 (JAV)(SN)

           -against-                                         **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                    Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On November 20, 2025, Defendants sent an *in camera* letter by e-mail requesting leave to file under seal four videos in support of their anticipated motion for summary judgment. Defendants made their request by email rather than by letter filed on the docket because of the size of the video files. Plaintiff responded, by email, and stated that she would be filing something on the docket but to date nothing has been filed. Although Plaintiff raises other issues, she does not appear to object to Defendants' request. In the future, these communications must be filed on the Court docket, even if the underlying video files cannot be.

        Defendants' motion for leave to file the video files is GRANTED. Defendants must deliver to the Chambers of the Hon. Jeannette A. Vargas a USB drive with the videos and provide a copy to Plaintiff. The USB drive cannot be password protected. The Court GRANTS Defendants' request to keep these video files under seal but Judge Vargas may revisit this ruling when she addresses the motion for summary judgment. To the extent Plaintiff intends to submit

additional video files as part of her opposition brief, she must comply with these instructions and such videos will be kept under seal until further order of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 24, 2025
          New York, New York