```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SELENA C. WITCHER,

                              **Plaintiff,**                21-CV-07750 (PGG)(SN)

      -against-                                       **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On Friday, November 21, 2025, *pro se* Plaintiff filed a letter in response to Defendants' *in camera* letter requesting leave to file under seal four videos in support of Defendants' anticipated motion for summary judgment. Due to the ongoing lapse in appropriations and corresponding effect on court operations, the Court had limited services on Friday, November 21, 2025. As a result, Plaintiff's letter was not entered on the docket until today, November 24, 2025, after the Court issued its Order on Defendants' motion to seal. ECF No. 196. The Court has reviewed Plaintiff's objections and stands by its order granting Defendants' motion to file under seal. Plaintiff's arguments regarding the substance of the video files at issue can be raised in her opposition brief in response to Defendants' anticipated motion for summary judgment.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     November 24, 2025
                New York, New York