UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SELENA C. WITCHER,

                                   **Plaintiff,**                                  **21-CV-07750 (JAV)(SN)**

                 -against-                                                                    **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                   **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff's request to amend her opposition to Defendants' motion for summary judgment

is GRANTED. Plaintiff shall file her amended opposition by no later than Friday, January 23,

2026.

        Defendants' request to extend the deadline to file their reply to Plaintiff's opposition is

GRANTED. Defendants' reply to Plaintiff's amended opposition shall be filed by no later than

Friday, February 6, 2026.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:        January 13, 2026
                    New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/13/2026