UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                      :

SELENA C. WITCHER,                    :

           :

           Plaintiff,        :        21-CV-07750 (JAV)(SN)

           :

     -v-           :        <u>ORDER</u>

           :

NEW YORK CITY DEPARTMENT OF     :
EDUCATION, et al.,           :

           :

           Defendants.      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On November 24, 2025, Defendants filed a motion for summary judgment. ECF No. 198. Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York, Defendants submitted a Rule 56.1 Statement. ECF No. 203.

On January 13, 2026, *pro* se Plaintiff submitted a letter notifying the Court that the requirement of filing opposition papers to Defendants' Rule 56.1 Statement, had been brought to her attention through her consultation with the City Bar Justice Center. ECF No. 219. Plaintiff noted, given her *pro se* status, that she was "unaware" of the requirement of the filing of "this document." *Id.* Plaintiff requested that the Court construe her opposition motion as her response to Defendants' Rule 56.1 Statement or, alternatively, that she be given the opportunity to submit a formal response to Defendants' Rule 56.1 Statement. *Id.*

Plaintiff is excused from the requirement of filing a response to Defendants' Local Rule 56.1 Statement.

The parties are reminded that, as previously stated in Judge Netburn's January 13, 2026 Order, Plaintiff shall file her amended opposition by no later than **Friday, January 23, 2026**.

Defendants' reply to Plaintiff's amended opposition shall be filed by no later than **Friday, February 6, 2026**.  ECF No. 218.

     SO ORDERED.

Dated: January 20, 2026
      New York, New York            _____
                                      JEANNETTE A. VARGAS
                                      United States District Judge